1  WESLEY T. EVANS
   DANA H. EVANS
2  The Evans Law Firm
   P.O. Box 528
3  Canton, MS 39046
   Telephone: 601-855-2255
4  Facsimile: 601-855-2277
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-1019 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Clara Ford, et al.,<br><br>              Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Clara Ford for Gladys Turner in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 03/17, 2010   By: /s/ David Evan

**THE EVANS LAW FIRM**
P.O. Box 528
Canton, MS 39046
Telephone: 601-855-2255
Facsimile: 601-855-2277

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE